UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Anthony Cracchiolo

                                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

22    -CR- 108( )( )

Defendant __Anthony Cracchiolo_____ hereby voluntarily consents to
participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

X    Initial Appearance Before a Judicial Officer

X    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
      Indictment Form)

X    Bail/Detention Hearing

X    Conference Before a Judicial Officer


Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Anthony Cracchiolo_____
Print Defendant's Name

Defendant's Counsel's Signature

__Gregory Salnick_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__March 8, 2022_____
Date

U.S. District Judge/U.S. Magistrate Judge