UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

22   -CR- 108 ( ) ( )

Anthony Cracchiolo     Defendant(s).
-------------------------------------------------------------X

Defendant __Anthony Cracchiolo__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Anthony Cracchiolo__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Joseph Mure' Jr.__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

April 6, 2022
Date

_____
U.S. District Judge/U.S. Magistrate Judge