UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

Anthony Cracchiolo

                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22   -CR- 108( )( )

Defendant __Anthony Cracchiolo__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Anthony Cracchiolo**
Print Defendant's Name

_____
Defendant's Counsel's Signature

James B Froccaro, Jr.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**1/10/23**
Date

_____
U.S. District Judge/U.S. Magistrate Judge