**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email:  JRFESQ61@aol.com

May 31, 2023

BY ECF
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  United States v. Anthony Cracchiolo
              22 Cr 108 (JPC)

Dear Judge Cronan:

     As you know, I am the attorney for Anthony Cracchiolo and a solo practitioner.  Mr. Cracchiolo is presently scheduled to be sentenced by Your Honor on June 14, 2023.  By this letter, I am respectfully requesting that Mr. Cracchiolo's sentencing be adjourned to a date convenient with the Court in late August.  This is my first request for an adjournment of Mr. Cracchiolo's sentencing.

     The reasons for this adjournment request are as follows.  First, the Final Presentence Investigation Report was only filed today by Probation (ECF Doc 63).  Second, only very recently did I learn that my wife had scheduled and pre-paid vacation for my entire immediate family from June 11-18.  Third, I am still gatherings letters from Mr. Cracchiolo's family and friends for sentencing.  Finally, I will need this additional time to complete Mr. Cracchiolo's sentencing submission.  This is obviously not the only case I have pending.  In fact, I am presently scheduled to start a trial of at least two weeks in duration before Judge Kuntz in the Eastern District of New York on July 17.  The caption of that case is United States v. David Gomez, 19 Cr 379 (WFK).

1

The government has consented to an adjournment of no more than 14 days absent "compelling reason." I respectfully submit that these reasons are collectively compelling enough to grant the requested adjournment.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa

The request is granted. The sentencing presently scheduled for 2:00 p.m. on June 14, 2023 is adjourned until 10:00 a.m. on August 16, 2023. The sentencing shall take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. While the Government argues that no sound reason has been given for the sentencing to be adjourned for more than two or three weeks, *see* Dkt. 65, the Court understands Mr. Froccaro to request a longer adjournment because he is scheduled to start a lengthy trial in mid-July, *see supra*, and the Court finds that justification to be adequate.

SO ORDERED.
Date: June 1, 2023
New York, New York

JOHN P. CRONAN
United States District Judge