UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Consent/[~~Proposed~~] |
| | Order of Restitution |
| v. | |
| ANTHONY CRACCHIOLO, | 22 Cr. 108 (JPC) |
| Defendant | |

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, David Raymond Lewis, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the S2 Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

**1.    Amount of Restitution**

Anthony Cracchiolo, the defendant, shall pay restitution in the total amount of $5,595,968, pursuant to 18 S.S.C. § 982; 21 U.S.C. § 853; and 28 U.S.C. § 2461, to the victim of the offense charged in Count One, specifically, to the
>    Centers for Medicare and Medicaid Services
>    Division of Accounting Operations
>    P.O. Box 7520
>    Baltimore, Maryland  21207

Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**A.    Joint and Several Liability**

Restitution is joint and several with the following defendant in the following case: ZACHARY S. SEID, S1 22 Cr. 108 (JPC). The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victim has recovered the total amount of loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2), in accordance with a schedule to be set by the Court.

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in accordance with a schedule to be set by the Court.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.  **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____                    August 3, 2023
David Raymond Lewis                                    DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-23978

ANTHONY CRACCHIOLO

By: _____                    8/16/23
ANTHONY CRACCHIOLO                                     DATE

By: _____                    8/16/23
JAMES R. FRACCARO, Jr.                                 DATE
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
Tel: (516) 944-5062


SO ORDERED:
_____                         8/16/23
JOHN P. CRONAN                                         DATE
UNITED STATES DISTRICT JUDGE