UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                              :

UNITED STATES OF AMERICA                    :

           -v-                                     :          22 Cr. 108 (JPC)

ANTHONY CRACCHIOLO,                    :          <u>ORDER</u>

                        Defendant.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On January 9, 2025, Defendant Anthony Cracchiolo filed a motion for a sentence reduction and immediate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. 100. The Government shall file a response to that motion on or before January 27, 2025. Mr. Cracchiolo may file a reply, if any, on or before February 3, 2025.

       SO ORDERED.

Dated: January 10, 2025
       New York, New York                                 JOHN P. CRONAN
                                                          United States District Judge