UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTHONY CRACCHIOLO,

   Defendant-Judgment Debtor,

and

KALLIOPI STAMATAROS and R3VIVE, LLC,

   Additional Defendants-Garnishees,

and

ARSENAL STRENGTH, LLC,

   Garnishee.

22 CR 108-02 (JPC)

**AMENDED WRIT**
**OF GARNISHMENT**

TO:   ARSENAL STRENGTH, LLC
14542 El Camino Lane
Lenoir City, Tennessee 37771

R3VIVE, LLC
5116 Stagecoach Drive
Coconut Creek, Florida 33073

KALLIOPI STAMATAROS
5116 Stagecoach Drive
Coconut Creek, Florida 33073

An Application for an Amended Writ of Garnishment seeking property belonging to or due Defendant-Judgment Debtor ANTHONY CRACCHIOLO, whose last known address is Register Number: 80522-053, FCI Coleman, P.O. Box 1031, Coleman, Florida 33521, has been filed with this Court. On August 16, 2023, the Court entered judgment against ANTHONY CRACCHIOLO in the amount of $5,596,168.00. The unpaid balance is $5,595,493.00 as of March 12, 2025.

You are required by law to withhold and retain any property in which ANTHONY CRACCHIOLO, individually or d/b/a R3VIVE, LLC, has a substantial nonexempt interest and for which you have or may become indebted to ANTHONY CRACCHIOLO, individually or d/b/a R3VIVE, LLC, pending further order. You are required by law to file a written answer, under oath, within 10 days of service of this writ stating whether or not you have in your custody, control or possession, any property belonging or owed to the judgment debtor, including but not limited to a cash deposit of approximately $150,000, which ANTHONY CRACCHIOLO, individually or d/b/a R3VIVE, LLC, had demanded that ARSENAL STRENGTH, LLC return to him. *See* 28 U.S.C. § 3205(c)(2)(F). Property that is exempt and that is not subject to this writ is listed in the enclosed Clerk's Notice.

You must file the original answer to this writ with the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Attn: Arraignment Unit Room 520, and send a copy of your Answer to ANTHONY CRACCHIOLO and the United States Attorney's Office, 86 Chambers Street, New York, New York 10007, Attn: Financial Litigation Program. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience. Please note that your answer will be publicly filed and redact account number(s) accordingly.

If you fail to answer or withhold property in accordance with this writ, the United States of America may petition the Court for an order directing you to appear before the Court to show good cause why you failed to comply with the writ. If you fail to appear or do appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the judgment debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to ANTHONY CRACCHIOLO any items attached by this writ. Do not deliver the property to the Clerk of Court yet. Instead, withhold and retain the property until the Court enters an order directing the disposition of the property.

Signed this __13th__ day of __March__, 2025.

_____
UNITED STATES DISTRICT JUDGE