UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| ANTHONY CRACCHIOLO, | 22 CR 108-02 (JPC) |
| Defendant-Judgment Debtor, | **ORDER FOR ADMISSION PRO HAC VICE** |
| and | |
| KALLIOPI STAMATAROS and R3VIVE, LLC, | |
| Additional Defendants-Garnishees | |
| and | |
| ARSENAL STRENGTH, LLC | |
| Garnishee | |

    The renewed motion of Joshua L. Spoont, Esq., for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

    Applicant has declared that he is a member in good standing in the states of Florida and Tennessee; and that his contact information is as follows:

    JOSHUA L. SPOONT
    Florida Bar No. 53263
    E-Mail: josh@sodhispoont.com
    Secondary: service@sodhispoont.com
    **SODHI SPOONT PLLC**
    *Counsel for Arsenal Strength LLC*
    1900 NW Corporate Blvd., Suite 301W
    Boca Raton, Florida 33431
    Tel: (561) 576-7770

    Applicant having requested admission Pro Hac Vice for all purposes as counsel for Garnishee, ARSENAL STRENGTH, LLC, in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the discipline of attorneys.

Signed this __17th__ day of _____April_____, 2025.

_____
UNITED STATES DISTRICT JUDGE