UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY CRACCHIOLO,<br><br>Defendant-Judgment Debtor,<br><br>and<br><br>KALLIOPI STAMATAROS and R3VIVE, LLC,<br><br>Additional Defendants-Garnishees,<br><br>and<br><br>ARSENAL STRENGTH, LLC,<br><br>Garnishee. | 22 CR 108 (JPC)<br><br>**STIPULATION AND<br>FINAL ORDER<br>OF GARNISHMENT** |

WHEREAS, in June 2023, upon the conviction of the Defendant, ANTHONY CRACCHIOLO, for conspiracy to commit health care fraud in violation of 18 U.S.C. § 1349, pursuant to the Federal Debt Collection Procedure Act, 28 U.S.C. § 3001, *et seq.* ("FDCPA"), the United States of America ("the Government") sought, obtained, and served a Pre-Judgment Writ of Garnishment on the Garnishee, ARSENAL STRENGTH, LLC, to secure payment of its claim for the restitution debt owed to the Centers for Medicare & Medicaid Services from property in which ANTHONY CRACCHIOLO had an alleged interest, including but not limited to a cash deposit of approximately $150,000 ("the Subject Property");

WHEREAS, on August 16, 2023, the Court entered judgment against the Defendant-Judgment Debtor, ANTHONY CRACCHIOLO, including restitution in the amount of $5,595,968 to the Centers for Medicare & Medicaid Services, and the judgment remains unpaid;

WHEREAS, on November 25, 2024, the Garnishee, ARSENAL STRENGTH, LLC, filed a Complaint in *Arsenal Strength, LLC v. R3VIVE, LLC, Anthony Cracchiolo, and United States of America*, No. 24-CV-62242 (S.D. Fla.), which sought to deposit the Subject Property into the registry of the United States District Court for the Southern District of Florida ("the Interpleader Action");

WHEREAS, upon learning of the Interpleader Action regarding the Subject Property, the Government sought, obtained, and served an Amended Writ of Garnishment on the original Garnishee, ARSENAL STRENGTH, LLC, and joined Additional Defendants-Garnishees, KALLIOPI STAMATAROS and R3VIVE, LLC;

WHEREAS, on March 21, 2025, the Government served the Amended Writ on the Garnishees, ARSENAL STRENGTH, LLC, KALLIOPI STAMATAROS and R3VIVE, LLC, which required each of them to file a sworn answer within 10 days of service;

WHEREAS, on April 17, 2025, the Garnishee, ARSENAL STRENGTH, LLC, filed an Answer stating that had in its possession or control $114,040.72, held in the law firm trust account of Sodhi Spoont PLLC, subject to the claims of R3VIVE, LLC in the Interpleader Action, and served its Answer to the Amended Writ on the Additional Defendants-Garnishees, KALLIOPI STAMATAROS and R3VIVE, LLC, and the Judgment Debtor, ANTHONY CRACCHIOLO;

WHEREAS, the Additional Defendants-Garnishees, KALLIOPI STAMATAROS and R3VIVE, LLC, have neither filed an answer to the Amended Writ nor any objection to the Answer filed by the Garnishee, ARSENAL STRENGTH, LLC, and the deadline to do so has expired;

WHEREAS, on April 7, 2025, the Government served the garnishment process on the Judgment Debtor, ANTHONY CRACCHIOLO, which required him to file a claim of exemption, objection to any answer, and/or request for hearing within 20 days of service, but he has made no such filing, and the deadline to do so has expired;

WHEREAS, on April 30, 2025, the U.S. District Court for the Southern District of Florida granted the Government's Motion to Dismiss the Interpleader Action for all claims to the Subject Property to be resolved by this Court in the Government's first-filed garnishment proceeding;

WHEREAS, the Additional Defendants-Garnishees, KALLIOPI STAMATAROS and R3VIVE, LLC, by and through their undersigned counsel, hereby (i) stipulate that they have no objection to the sum of $114,040.72 being deemed the Subject Property and paid to the Clerk of Court as the final disposition of this garnishment proceeding, and (ii) waive any and all claims to the Subject Property;

WHEREAS, provided that the Garnishee, ARSENAL STRENGTH, LLC, pays the sum of $114,040.72 to the Clerk of Court by May 14, 2025, the Government agrees to withdraw all pending subpoenas and any other discovery directed to, and forgo further discovery from, Garnishee, ARSENAL STRENGTH, LLC, and the Additional Defendants-Garnishees, KALLIOPI STAMATAROS and R3VIVE, LLC, regarding the Subject Property, and agrees not to seek the imposition of the FDCPA's litigation surcharge in the amount of 10% of the judgment debt against any of them for the cost of this garnishment proceeding, subject to the following paragraph;

WHEREAS, if any of the parties named in the above-entitled caption of this garnishment proceeding, each of whom has been duly served with the Amended Writ, Answer of the Garnishee, ARSENAL STRENGTH, LLC, Clerk's Notice, and this Stipulation, files a claim, motion, objection or any other filing to contest or dispute the disposition of the Subject Property, the Government may impose and collect the FDCPA's litigation surcharge against such filer in accordance with 28 U.S.C. § 3011;

—NOTHING FURTHER ON THIS PAGE, SEE NEXT PAGE FOR ORDER—

IT IS HEREBY ORDERED that the Garnishee, ARSENAL STRENGTH, LLC, shall promptly (and in any event by May 14, 2025) pay the sum of $114,040.72 to the Clerk of Court by check payable to "Clerk of Court" and mailed to the United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 22-CR-108. Upon receipt of payment, the Clerk of Court shall apply those funds toward the unpaid restitution owed by the Judgment Debtor, ANTHONY CRACCHIOLO.

AGREED: May 5, 2025

JAY CLAYTON
United States Attorney

*/s/ Joshua L. Spoont (agreed by email)*
Joshua L. Spoont, Esq.
SODHI SPOONT PLLC
1900 NW Corporate Blvd., Suite 301W
Boca Raton, Florida 33431
*Attorney for Garnishee*
*Arsenal Strength, LLC*

*/s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

*/s/ Keith A. Fousek (agreed by email)*
Keith A. Fousek, Esq.
6400 SW 16th Street
North Lauderdale, Florida 33068
*Attorney for Additional Defendants-Garnishees*
*R3VIVE, LLC and Kalliopi Stamataros*

Dated: __May 7_____, 2025
         New York, New York

SO ORDERED:

HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE