UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
        -v-                                                            :
                                                                       :        22 Cr. 108 (JPC)
ANTHONY CRACCHIOLO,                                                    :
                                                                       :        ORDER
                                    Defendant.                         :
                                                                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 30, 2025, Defendant Anthony Cracchiolo filed a motion for a sentence reduction and immediate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. 127. The Government shall file a response to that motion on or before January 16, 2026. Mr. Cracchiolo may file a reply, if any, on or before January 23, 2026.

        SO ORDERED.

Dated:  December 30, 2025
        New York, New York                              JOHN P. CRONAN
                                                        United States District Judge